Paul W. Comiskey
205 Jefferson St.
Roseville, Ca. 95678
State Bar No.65510
paulcomiskey@hotmail.com
916-577-0696

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

MARCUS HILL-COLBERT, et al.,                 ) Case No.: 2:22-at-00965
                                             )
                        Plaintiffs,          ) DECLARATION OF JAMES SANG THOMPSON
                                             )
vs.                                          )
                                             )
CITY OF ROSEVILLE, et al.,                   )
                                             )
                        Defendants           )
---------------------------------------------)

I, James Sang Thompson, do declare and say:

1.  I am a plaintiff in the above-captioned action.

2. On September 13, 2022, around 6:30 a.m., I was in Weber Park, located at 320 Circuit Drive, Roseville, Ca. 95678

3. I was leaning against the wall of the maintenance building trying to stay warm.  It was cold and windy.

4. A Roseville Police Officer rode up on a dirt bike and was yelling at everyone to wake up.  There were six people there.

5. He took my name and radioed it in.  He gave me a thirty-day exclusion notice.

6. When I looked at the notice, I saw that it was written to David Reddington.  I believe the officer gave David my notice.

DECLARATION OF JAMES SANG THOMPSON - 1

7. A few days later the same office came up in a truck when I was in Weber Park again.  I had used the bathroom and sat down on the benches.

8. The officer pulled up immediately after I sat down.  He told me that I cannot be in the City of Roseville for a year or I can be arrested.

9. I stay out of the parks now, but I am harassed while I am waiting for the late-night services at the Gathering Inn between 10 p.m. and midnight.  Someone from the Gathering Inn comes to give us food and drinks.

10.     The police come in SUV's and circle around the Gathering Inn at 321 Berkeley, in Roseville, and tell us we can't be there.

11.     I went to Roseville High School and Oakmont High School and Roseville is where I grew up until I was 20 years old.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 26, 2022 at Roseville, California.



James Sang Thompson

DECLARATION OF JAMES SANG THOMPSON - 2