UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARCUS HILL-COLBERT, on behalf of himself and a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, TYLER CANTLEY, and DOE 1 to 20,<br><br>Defendants. | No. 2:22-cv-01651 WBS DB<br><br>ORDER RE: DEFENDANTS' REQUEST TO SEAL |

----oo0oo----

Defendants have filed a Motion to Seal Exhibit H to the Declaration of Tyler Cantley (Docket No. 5-2) on the ground that it includes the day and month of plaintiff's date of birth. (Docket No. 12.)  In order to prevent disclosure of plaintiff's date of birth, however, it is not necessary to seal the entire exhibit.  It will suffice to redact only the birthdate itself.

IT IS THEREFORE ORDERED that defendants' Motion to Seal (Docket No. 12) be, and the same hereby is, DENIED.

1

1           AND IT IS FURTHER ORDERED that a redacted version of
2  Exhibit H to the Declaration of Tyler Cantley be substituted for
3  the original version, with plaintiff's birthdate redacted.
4  Dated:  October 18, 2022

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE