**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
Katie Bonin, SBN 343726
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
cfessenden@porterscott.com
wcamy@porterscott.com
kbonin@porterscott.com

Attorneys for Defendants
CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT and TYLER CANTLEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HILL-COLBERT, JENNIFER TIMMONS, HERMINIO LEBRON, DANIEL REED, VINCENT BARNAO, ERIN MCMARLIN, and JAMES THOMPSON, on behalf of themselves and a class of similarly situated persons,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, TYLER CANTLEY, and DOE 1 to 20,<br><br>    Defendants.            / | **Case No.: 2:22-cv-01651-WBS-DB**<br><br>**STIPULATION AND ORDER FOR SETTLEMEN CONFERENCE**<br><br>Compl. Filed: 09/20/2022<br>First Amended Complaint Filed: 11/02/2022 |

Plaintiffs MARCUS HILL-COLBERT, JENNIFER TIMMONS, HERMINIO LEBRON, DANIEL REED, VINCENT BARNAO, ERIN MCMARLIN, and JAMES THOMPSON ("Plaintiffs") and Defendants CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT and TYLER CANTLEY ("Defendants") (Plaintiffs and Defendants collectively referred to as the "parties"), by and through their respective counsels of record, hereby stipulate as follows:

*{02808566.DOCX}*

1. This matter be set for a settlement conference to be conducted before Magistrate Judge Kendall J. Newman on August 29, 2023, at 9:30 a.m., at the United States District Court located at 501 I Street, Sacramento, CA 95814.

**IT IS SO STIPULATED.**

Dated:   July 20, 2023                     PORTER SCOTT
                                           A PROFESSIONAL CORPORATION


                                    By:   /s/ *William E. Camy*
                                           Carl L. Fessenden
                                           William E. Camy
                                           Katie Bonin
                                           Attorneys for Defendants

Date: July 19, 2023                        LAW OFFICE OF MARK E. MERIN


                                    By:  /s/ *Mark E. Merin*
                                           Mark E. Merin
                                           Paul H. Masuhara
                                           Attorneys for Plaintiffs

*{02808566.DOCX}*

2
STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE

**ORDER**

The Court, having reviewed and considered the Parties' Stipulation for an early Settlement Conference, and finding good cause, hereby Orders as follows:

1. This matter approves the setting of a Settlement Conference to be conducted before Magistrate Judge Kendall J. Newman on **August 29, 2023, at 9:30 a.m**., at the United States District Court located at 501 I Street, Sacramento, CA 95814.

**IT IS SO ORDERED.**

Dated: July 20, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*{02808566.DOCX}*