**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
Katie Bonin, SBN  343726
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
cfessenden@porterscott.com
wcamy@porterscott.com
kbonin@porterscott.com

Attorneys for Defendants
CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT and TYLER CANTLEY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HILL-COLBERT, JENNIFER TIMMONS, HERMINIO LEBRON, DANIEL REED, VINCENT BARNAO, ERIN MCMARLIN, and JAMES THOMPSON, on behalf of themselves and a class of similarly situated persons, | **Case No.: 2:22-cv-01651-WBS-DB**<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY AND RELATED DEADLINES** |
| Plaintiffs, | Compl. Filed: 09/20/2022<br>First Amended Complaint Filed: 11/02/2022 |
| vs. | |
| CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, TYLER CANTLEY, and DOE 1 to 20, | |
| Defendants.                                    / | |

Plaintiffs MARCUS HILL-COLBERT, JENNIFER TIMMONS, HERMINIO LEBRON, DANIEL REED, VINCENT BARNAO, ERIN MCMARLIN, and JAMES THOMPSON ("Plaintiffs") and Defendants CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT and TYLER CANTLEY ("Defendants") (Plaintiffs and Defendants collectively referred to as the "parties"), by and through their respective counsels of record, hereby stipulate as follows:

*{02808566.DOCX}*

1     1.  The parties attended two settlement conferences with Magistrate Judge Kendall Newman. Although the case has not resolved, the parties have made progress and are continuing to pursue a potential resolution to this matter. (See ECF 24-26, 28-30.) The parties have a status conference scheduled with Magistrate Judge Newman on December 6, 2023. (See ECF 31.) The parties intend to continue settlement discussions and conduct limited informal discovery in the next few months. The parties anticipate potentially having a third settlement conference or mediation in the spring of 2024.

2.  Given the foregoing, the parties agree there should be a stay of formal discovery through March 1, 2024.

3.  Given the foregoing, the parties agree that dates set in the Court's pretrial scheduling order (See ECF 23) should be reset to the following dates:

| EVENT | FORMER DATE | NEW DATE |
|---|---|---|
| Disclosure of Expert Witnesses | April 26, 2024 | October 25, 2024 |
| Disclosure of Rebuttal Expert Witnesses | May 28, 2024 | November 27, 2024 |
| Close of All Discovery | June 28, 2024 | December 27, 2024 |
| Deadline to File Dispositive Motions | September 30, 2024 | March 28, 2025 |
| Final Pretrial Conference | November 18, 2024, at 1:30 p.m. | April 16, 2025, at 1:30 p.m. |
| Jury Trial | February 25, 2025, at 9:00 a.m. | August 25, 2025, at 9:00 a.m. |

**IT IS SO STIPULATED.**

Dated:     November 8, 2023                    PORTER SCOTT
                                               A PROFESSIONAL CORPORATION


                                               By:     /s/ *William E. Camy*
                                                       Carl L. Fessenden
                                                       William E. Camy
                                                       Katie Bonin
                                                       Attorneys for Defendants

*{02808566.DOCX}*

2

STIPULATION AND ORDER TO CONTINUE DISCOVERY AND RELATED DEADLINES

1     Date:  November 8, 2023                    LAW OFFICE OF MARK E. MERIN

2

3                                                By:  _/s/ *Mark E. Merin*_____

4                                                       Mark E. Merin
                                                        Paul H. Masuhara
5                                                       Attorneys for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*{02808566.DOCX}*

3
STIPULATION AND ORDER TO CONTINUE DISCOVERY AND RELATED DEADLINES

**ORDER**

The Court, having reviewed and considered the Parties' Stipulation to Continue Discovery and Related Deadlines, and finding good cause, hereby Orders as follows:

1.  Formal discovery is hereby STAYED until March 1, 2024.

2.  The dates previously set in the Court's pretrial scheduling order at ECF 23 are hereby VACATED.

3.  The Court sets the following new dates:

    a.  Disclosure of Expert Witnesses: October 25, 2024

    b.  Disclosure of Rebuttal Expert Witnesses: November 27, 2024

    c.  Close of All Discovery: December 27, 2024

    d.  Deadline to File Dispositive Motions: March 28, 2025

    e.  Final Pretrial Conference: **June 2, 2025, at 1:30 p.m.**

    f.  Jury Trial: **August 26, 2025, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated:  November 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE