1  Mark E. Merin (State Bar No. 043849)
2  Paul H. Masuhara (State Bar No. 289805)
   LAW OFFICE OF MARK E. MERIN
3  1010 F Street, Suite 300
   Sacramento, California 95814
4  Telephone:     (916) 443-6911
   Facsimile:     (916) 447-8336
5  E-Mail:        mark@markmerin.com
               paul@markmerin.com
6
7  Paul W. Comiskey (State Bar No. 065510)
   205 Jefferson Street
8  Roseville, California 95678
   Telephone:     (916) 577-0696
9  E-Mail:        paulcomiskey@hotmail.com

10  Attorneys for Plaintiffs
    MARCUS HILL-COLBERT, JENNIFER
11  TIMMONS, HERMINIO LEBRON,
    DANIEL REED, VINCENT BARNAO,
12  ERIN MCMARLIN, and JAMES THOMPSON

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
cfessenden@porterscott.com
wcamy@porterscott.com

Attorneys for Defendants
CITY OF ROSEVILLE, ROSEVILLE POLICE
DEPARTMENT, and TYLER CANTLEY

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15                         SACRAMENTO DIVISION

16  MARCUS HILL-COLBERT, JENNIFER
    TIMMONS, HERMINIO LEBRON, DANIEL
17  REED, VINCENT BARNAO, ERIN MCMARLIN,
    and JAMES THOMPSON, on behalf of themselves
18  and a class of similarly situated persons,

19                         Plaintiffs,

20  vs.

21  CITY OF ROSEVILLE, ROSEVILLE POLICE
    DEPARTMENT, TYLER CANTLEY,
22  and DOE 1 to 20,

23                         Defendants.

24

Case No. 2:22-cv-01651-WBS-SCR

**PARTIES' NOTICE OF MOTION;
JOINT MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION
SETTLEMENT**

Date:        April 14, 2025
Time:        1:30 p.m.
Location:    Robert T. Matsui U.S. Courthouse
             501 I Street
             Sacramento, CA 95814
Courtroom:   5 (14th Floor)
District
Judge:       Hon. William B. Shubb

25        PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 23 and Local Rule

26  230, on April 14, 2025, at 1:30 p.m., in Courtroom 5 (14th floor) of the Robert T. Matsui United States

27  Courthouse, 501 I Street, Sacramento, CA 95814, before the Honorable District Judge William B. Shubb,

28  the parties—Marcus Hill-Colbert, Jennifer Timmons, Herminio Lebron, Daniel Reed, Vincent Barnao,

                                          1

Erin McMarlin, and James Thompson, on behalf of themselves and a class of similarly situated persons (collectively, "Plaintiffs"); and the City of Roseville, Roseville Police Department, and Tyler Cantley (collectively, "Defendants")—jointly do and will move the Court for an order preliminarily approving the parties' class action settlement agreement, certifying a settlement class, and directing the issuance and delivery of notice and claims forms to potential settlement class members.

The instant motion is supported by this notice and motion, the accompanying memorandum of points and authorities, declarations and exhibits thereto, the pleadings on file with the Court in this action, and any other arguments or evidence which may be submitted in this matter.

Dated: February 18, 2025                Respectfully Submitted,

                                        */s/ Mark E. Merin*

                                        By: _____
                                            Mark E. Merin
                                            Paul H. Masuhara
                                            LAW OFFICE OF MARK E. MERIN

                                            Paul W. Comiskey

                                            Attorneys for Plaintiffs
                                            MARCUS HILL-COLBERT, JENNIFER
                                            TIMMONS, HERMINIO LEBRON,
                                            DANIEL REED, VINCENT BARNAO,
                                            ERIN MCMARLIN, and JAMES THOMPSON


Dated: February 18, 2025                Respectfully Submitted,
                                        P O R T E R  |  S C O T T

                                        */s/ William E. Camy*
                                        (as authorized on February 18, 2025)
                                        By: _____
                                            Carl L. Fessenden
                                            William E. Camy

                                            Attorney for Defendants
                                            CITY OF ROSEVILLE, ROSEVILLE POLICE
                                            DEPARTMENT, and TYLER CANTLEY