Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:         mark@markmerin.com
                     paul@markmerin.com

Paul W. Comiskey (State Bar No. 065510)
205 Jefferson Street
Roseville, California 95678
Telephone:   (916) 577-0696
E-Mail:         paulcomiskey@hotmail.com

Attorneys for Plaintiffs
MARCUS HILL-COLBERT, JENNIFER TIMMONS, HERMINIO LEBRON, DANIEL REED, VINCENT BARNAO, ERIN MCMARLIN, and JAMES THOMPSON

P O R T E R | S C O T T
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
cfessenden@porterscott.com
wcamy@porterscott.com

Attorneys for Defendants
CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, and TYLER CANTLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARCUS HILL-COLBERT, JENNIFER TIMMONS, HERMINIO LEBRON, DANIEL REED, VINCENT BARNAO, ERIN MCMARLIN, and JAMES THOMPSON, on behalf of themselves and a class of similarly situated persons,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, TYLER CANTLEY, and DOE 1 to 20,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-01651-WBS-SCR<br><br>**JOINT STIPULATION TO CONTINUE FINAL APPROVAL HEARING DATE; ORDER** |

The parties—Marcus Hill-Colbert, Jennifer Timmons, Herminio Lebron, Daniel Reed, Vincent Barnao, Erin McMarlin, and James Thompson, on behalf of themselves and a class of similarly situated persons (collectively, "Plaintiffs"); and the City of Roseville, Roseville Police Department, and Tyler Cantley (collectively, "Defendants")—jointly stipulate to continue the Final Approval Hearing.

1

WHEREAS, the Court has granted the parties' motion for preliminary approval of the class action settlement, ECF No. 24;

WHEREFORE, the parties' counsel have met-and-conferred and determined that the Final Fairness Hearing date of July 21, 2025, will need to be continued to accommodate other deadlines associated with the administration of the class claims process, including as follows:

| Date | Deadline | Trigger |
|---|---|---|
| 04/21/2025 | Last date for claims admin. to mail notices & claim forms to class | 5 days after prelim. approval (Settlement Agreement ¶ 46) |
| 07/21/2025 | Last date for participants to submit claim forms, objections, or exclusions/opt-outs | 90 days after notice (Settlement Agreement ¶¶ 18–19) |
| 08/15/2025 | Last date for class counsel to file motion for final approval & motion/stipulation for attorneys' fees | 15 days before final approval hrg. (Settlement Agreement ¶ 60) |
| 09/02/2025 | Final Approval Hearing | Court Order |

NOW, THEREFORE, the parties stipulate to CONTINUE the Final Approval Hearing date from July 21, 2025, to September 2, 2025.

IT IS SO STIPULATED.

Dated: April 16, 2025                                    Respectfully Submitted,

*/s/ Mark E. Merin*

By: _____
Mark E. Merin
Paul H. Masuhara
LAW OFFICE OF MARK E. MERIN

Paul W. Comiskey

Attorneys for Plaintiffs
MARCUS HILL-COLBERT, JENNIFER
TIMMONS, HERMINIO LEBRON,
DANIEL REED, VINCENT BARNAO,
ERIN MCMARLIN, and JAMES THOMPSON

2

**JOINT STIPULATION TO CONTINUE FINAL APPROVAL HEARING DATE**
*Hill-Colbert v. City of Roseville*, United States District Court, Eastern District of California, Case No. 2:22-cv-01651-WBS-SCR

Dated: April 16, 2025

Respectfully Submitted,

**PORTER | SCOTT**

*/s/ William E. Camy*
(as authorized on April 16, 2025)
By: _____
Carl L. Fessenden
William E. Camy

Attorney for Defendants
CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, and TYLER CANTLEY

3

**JOINT STIPULATION TO CONTINUE FINAL APPROVAL HEARING DATE**
*Hill-Colbert v. City of Roseville*, United States District Court, Eastern District of California, Case No. 2:22-cv-01651-WBS-SCR

**ORDER**

The parties' stipulation is GRANTED.

GOOD CAUSE APPEARING, the Court CONTINUES the Final Approval Hearing date from July 21, 2025, to **September 2, 2025 at 1:30 p.m.**

IT IS SO ORDERED.

Dated:  April 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

**JOINT STIPULATION TO CONTINUE FINAL APPROVAL HEARING DATE**
*Hill-Colbert v. City of Roseville*, United States District Court, Eastern District of California, Case No. 2:22-cv-01651-WBS-SCR