Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:      mark@markmerin.com
             paul@markmerin.com

Paul W. Comiskey (State Bar No. 065510)
205 Jefferson Street
Roseville, California 95678
Telephone:   (916) 577-0696
E-Mail:      paulcomiskey@hotmail.com

Attorneys for Plaintiffs
MARCUS HILL-COLBERT, JENNIFER TIMMONS, HERMINIO LEBRON, DANIEL REED, VINCENT BARNAO, ERIN MCMARLIN, and JAMES THOMPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARCUS HILL-COLBERT, JENNIFER TIMMONS, HERMINIO LEBRON, DANIEL REED, VINCENT BARNAO, ERIN MCMARLIN, and JAMES THOMPSON, on behalf of themselves and a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, TYLER CANTLEY, and DOE 1 to 20,<br><br>Defendants. | Case No. 2:22-cv-01651-WBS-SCR<br><br>**PLAINTIFFS' NOTICE OF MOTION; MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:      September 2, 2025<br>Time:      1:30 p.m.<br>Location:  Robert T. Matsui U.S. Courthouse<br>           501 I Street<br>           Sacramento, CA 95814<br>Courtroom: 5 (14th Floor)<br>District Judge: Hon. William B. Shubb |

PLEASE TAKE NOTICE that, pursuant to the Court's order granting preliminary approval of class action settlement, ECF No. 42 & 44, on September 2, 2025, at 1:30 p.m., in Courtroom 5 (14th Floor) of the Robert T. Matsui U.S. Courthouse, 501 I Street Sacramento, CA 95814, before the Honorable District Judge William B. Shubb, Marcus Hill-Colbert, Jennifer Timmons, Herminio LeBron,

1

Daniel Reed, Vincent Barnao, Erin McMarlin, and James Thompson, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), do and will move the Court for an Order finally approving the parties' class action settlement agreement, ECF No. 40-2 at 16–39, including:

1. Granting class certification of the Settlement Class, pursuant to Federal Rule of Civil Procedure 23(b)(3);

2. Finding that the class action settlement agreement is fundamentally fair, adequate, and reasonable, pursuant to Federal Rule of Civil Procedure 23(e);

3. Finding that the class action settlement agreement withstands scrutiny applied to pre-certification class action settlement agreements, pursuant to *In re Bluetooth Headset Prods. Liab. Litig.*, 654 F.3d 935, 946 (9th Cir. 2011);

4. Awarding attorneys' fees and costs to Class Counsel, pursuant to Federal Rule of Civil Procedure 23(h); and

5. Awarding incentive payments to each of the class representatives.

This motion is supported by this notice and motion, the accompanying memorandum of points and authorities, the supporting declarations and exhibits, the pleadings on file with the Court in this action, and any other arguments or evidence which may be submitted in this matter.

Dated: August 15, 2025                              Respectfully Submitted,

By: _____
Mark E. Merin
Paul H. Masuhara
LAW OFFICE OF MARK E. MERIN

Paul W. Comiskey

Attorneys for Plaintiffs
MARCUS HILL-COLBERT, JENNIFER TIMMONS, HERMINIO LEBRON, DANIEL REED, VINCENT BARNAO, ERIN MCMARLIN, and JAMES THOMPSON

2